UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EDWARD JAMES CROMER #211902

    PLAINTIFF,

V.

HIEDI WASHINGTON (MDOC DIRETCTOR);
KEITH PELKY (MBP ASST. DEPUTY WARDEN);
ERICA HUSS (MBP WARDEN);
PEGGY ERICKERSON (MBP R.U.M.);
BREANNE RICKLEFS (CORRECTIONAL OFFICER),

    DEFENDANT'S.

FILED - GR
July 10, 2023 1:09 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /s/ 7/10

CASE NO. 2:22-CV-75

HON. HALA Y. JARBOU

---

## MOTION FOR SECOND AMENDED COMPLAINT

NOW COMES, EDWARD JAMES CROMER (IN PRO PER), IN PURSUANT TO FED.CIV.R.PROC. RULE 15 ET. SEQ. FOR A MOTION TO "AMEND SECOND COMPLAINT", FOR REASON TO AMEND AND CLARIFY LEGAL CLAIM I. (HEREIN) AND ATTACH AFFIDAVIT TO THE COMPLAINT. THESE MINOR RATIFICATIONS WILL NOT PREJUDICE DEFENDANT'S IN ANYWAY.

DATED: JULY 6, 2023

                                        /s/ E.J.C.
                                      EDWARD JAMES CROMER #211902

1.

Case No: 2:22-cv-75

Proof of Service

I, Edward J. Cromer, by U.S. Postal Service, served all parties w/ an interest of the same. 28 U.S.C. §1746

By: (in pro-per)
/s/ Cromer



U.S. District Court
Federal Bldg.
Michigan St. N.W.
A Rapids, MI
    49503

Edward J. Gomez
211902
Bellamy Crk. Corr. Fac.
1727 W. Bluewater Hwy.
Ionia, MI 48846

394
110
brown