UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EDWARD JAMES CROMER,

    Plaintiff,

v.

    Case No. 2:22-cv-75

    Hon. Hala Y. Jarbou

HEIDI E. WASHINGTON, et al.,

    Defendants.
_____/

## ORDER

On December 29, 2023, Magistrate Judge Maarten Vermaat issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion for a temporary restraining order ("TRO") and for a preliminary injunction (ECF No. 80). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 80) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Order to Show Cause for Preliminary Injunction and for a Temporary Restraining Order (ECF No. 75) is **DENIED**.

Dated: January 26, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE