UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EDWARD JAMES CROMER,

    Plaintiff,

v.

    Case No. 2:22-cv-75

    Hon. Hala Y. Jarbou

HEIDI E. WASHINGTON, et al.,

    Defendants.
_____/

**ORDER**

In accordance with the opinion entered this date,

**IT IS ORDERED** that the report and recommendation ("R&R") of the magistrate judge (ECF No. 104) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 94) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims are **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith.

A judgment will enter consistent with this Order.

Dated: July 8, 2024               /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               CHIEF UNITED STATES DISTRICT JUDGE